1084

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COLON TOLEDO, Appellant. [691 NYS2d 856] —Motion to extend time to perfect appeal granted. Memorandum: No further extensions will be granted. Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Balio, JJ. (Filed June 7, 1999.)